FILED
2026 Nov-06 AM 09:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **BERNARD JEMISON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **2:26-cv-528-EGL-SGC** |
| | ) | |
| **JOHN HAMM, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

# ORDER

On March 30, 2026, Plaintiff filed a handwritten *pro se* complaint pursuant to 42 U.S.C. § 1983. Doc. 1. On April 10, 2026, Plaintiff filed a motion for temporary injunctive relief, asking the court to order Defendants Warden Smith and Captain Edmonds of the William E. Donaldson Correctional Facility to provide electronic tablets or other means of correspondence so that Plaintiff and other inmates in the segregation units may communicate with their families. Doc. 4.

On October 13, 2026, the Magistrate Judge entered a report recommending denial of the motion as moot because Plaintiff is no longer located at Donaldson. Doc. 8. *See Owens v. Centurion Med.*, 778 F. App'x 754, 758 (11th Cir. 2019) ("[A] prisoner's transfer or release from a correctional facility generally will moot his claims for injunctive relief in a § 1983 action."). Although the Magistrate Judge

advised Plaintiff of his right to file written objections within 14 days (Doc. 8), the Court has not received any objections.

Because Plaintiff is no longer located at Donaldson,[1] the Court **ADOPTS** the report and **ACCEPTS** the recommendation. Consequently, the Court **DENIES** the motion for temporary injunctive relief as moot.

**DONE** and **ORDERED** this 6th day of November, 2026.

**EDMUND G. LACOUR JR.**
UNITED STATES DISTRICT JUDGE

[1] *See* https://www.doc.alabama.gov/inmate/inmate-search/ (last visited November 4, 2026).